# EXHIBIT C

DEFENDANTS' BUSINESS PLAN FOUND ON VDH COMPUTER USED BY PETER VAN DYKE

**Actual Names Redacted**

| | | | apr | may | jun | jul | aug | sep | oct | nov | dec | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 82000 | | 57,000 | 57,000 | 57,000 | 57,000 | 57,000 | 57,000 | 57,000 | 57,000 | 57,000 | 513,000 |
| VDH Client A | 7000 | April | 7000 | 7000 | 7000 | 7000 | 7000 | 7000 | 7000 | 7000 | 7000 | |
| VDH Client B | 10,000 | April | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | |
| VDH Client C | 2000 | April | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | |
| VDH Client D | 2500 | April | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | |
| VDH Client E | 7,000 | April | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | |
| VDH Client F | 5000 | Aprl | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | |
| VDH Client H | 5000 | April | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | |
| VDH Client G | 5000 | April | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | |
| VDH Client H | 3500 | April | 3500 | 3500 | 3500 | 3500 | 3500 | 3500 | 3500 | 3500 | 3500 | |
| VDH Client I | 10,000 | April | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | |
| VDH Client J | 10,000 | June | | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | |
| VDH Client L | 10,000 | | | | | | | | | | | |
| VDH Client M | 5,000 | | | | | | | | | | | |
| VDH Client N | | 50/50 | | | | | | | | | | |
| VDH Client O | | 50/50 | | | | | | | | | | |
| VDH Client P | | 50/50 | | | | | | | | | | |

| | |
|---|---|
| Monthly | 0 |
| Annual | 0 |

| | | |
|---|---:|---:|
| Peter Van Dyl | 200,000 | 16,667 |
| Jamie Kaye W | 175,000 | 14,583 |
| Annmarie | 150,000 | 12,500 |
| Craig | 80,000 | 6,667 |
| Kierra | 50,000 | 4,167 |
| Annual | 655,000 | 54,583 |
| Monthly | 53,750 | |

| | | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | 2022 | 1Q23 | 2Q23 | 3Q23 | 4Q23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL REVENUE** | | **57,000** | **57,000** | **67,000** | **67,000** | **67,000** | **67,000** | **67,000** | **67,000** | **67,000** | **583,000** | | | | |
| High Confidence Revenue | | 57,000 | 57,000 | 67,000 | 67,000 | 67,000 | 67,000 | 67,000 | 67,000 | 67,000 | 583,000 | | | | |
| Medium Confidence Revenue | | | | | | | | | | | - | | | | |
| *Low Confidence Revenue* | | | | | | | | | | | - | | | | |
| | | | | | | | | | | | | | | | |
| **PEOPLE EXPENSES** | | **54,134** | **55,134** | **55,134** | **55,134** | **55,134** | **55,134** | **55,134** | **55,134** | **55,134** | | | | | |
| Salary 1 | | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | | | | | |
| Salary 2 | | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | | | | | |
| Salary 3 | | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | | CORRECT FORMULAS | | | |
| Salary 4 | | 6,667 | 6,667 | 6,667 | 6,667 | 6,667 | 6,667 | 6,667 | 6,667 | 6,667 | | | | | |
| Salary 5 | | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | | | | | |
| Total salaries | | 48,334 | 48,334 | 48,334 | 48,334 | 48,334 | 48,334 | 48,334 | 48,334 | 48,334 | | | | | |
| Bonuses | | | 7,500 | | | | | 7,500 | | | | | | | |
| Benefits (401K/insurance) | 12% | 5,800 | 5,800 | 5,800 | 5,800 | 5,800 | 5,800 | 5,800 | 5,800 | 5,800 | | | | | |
| *Freelancers* | | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | | mike travel fees | | | |
| | | | | | | | | | | | | | | | |
| **OPERATING EXPENSES** | | **7,000** | **7,000** | **15,000** | **7,000** | **7,000** | **7,000** | **7,000** | **7,000** | **7,000** | | | | | |
| Rent | | | | | | | | | | | | | | | |
| Sales & Marketing | | 2,000 | 2,000 | 10,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | | | | | |
| Meals & Entertainment | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | | | | | |
| Other | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | | | | | |
| | | | | | | | | | | | | | | | |
| **Total Expenses** | | **61,134** | **62,134** | **70,134** | **62,134** | **62,134** | **62,134** | **62,134** | **62,134** | **62,134** | | | | | |
| | | | | | | | | | | | | | | | |
| **PROFIT/LOSS** | | **(4,134)** | **(5,134)** | **(3,134)** | **4,866** | **4,866** | **4,866** | **4,866** | **4,866** | **4,866** | | | | | |
| | | | | | | | | | | | | | | | |
| **CASH FLOW** | | | | | | | | | | | | | | | |
| Starting balance | | 5,000 | 866 | (4,268) | (7,402) | (2,536) | 2,330 | 7,196 | 12,061 | 16,927 | | | | | |
| Monthly Cash Flow | | (4,134) | (5,134) | (3,134) | 4,866 | 4,866 | 4,866 | 4,866 | 4,866 | 4,866 | | | | | |
| Ending Balance | | 866 | (4,268) | (7,402) | (2,536) | 2,330 | 7,196 | 12,061 | 16,927 | 21,793 | | | | | |