# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

VAN DYKE HORN, LLC,
a Michigan limited liability company,

    Plaintiff,

v.

PETER VAN DYKE, an individual.
MICHAEL SHERMAN, an individual,
JAMIE KAYE WALTERS, an individual,
and VVK PR & CREATIVE, LLC, a Michigan
Limited liability company,

    Defendants.

Case No. 22-cv-11141-SDK-KGA

Hon. Shalina D. Kumar

_____/

| | |
|---|---|
| Reginald Turner (P40543) | H. William Burdett, Jr. (P63185) |
| Linda M. Watson (P45320) | Michelle D. Champane (P80917) |
| Magy Shenouda (P85576) | Samuel J. Logterman |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| CLARK HILL PLC | WINTHROP & WEINSTINE, P.A. |
| 151 S Old. Woodward Ave., Suite 200 | 19 Clifford Street |
| Birmingham, MI 48009 | Detroit, MI 48226 |
| 248.988.5881 | 313.318.9203 |
| lwatson@clarkhill.com | bburdett@winthrop.com |
| mshenouda@clarkhill.com | mchampane@winthrop.com |
| | slogterman@winthrop.com |
| | |
| | Maurice G. Jenkins (P33083) |
| | *Attorney for Defendants* |
| | JACKSON LEWIS, P.C. |
| | 2000 Town Center, Suite 1650 |
| | Southfield, MI 48075 |
| | (248) 936-1900 |
| | Maurice.jenkins@jacksonlewis.com |

## STIPULATED ORDER EXTENDING RULE 16 SCHEDULING ORDER

On August 5, 2022, this Court entered a Rule 16 Scheduling Order (Phase I) (ECF No. 17). Because the parties are preparing this case for mediation on December 10, 2022 the parties have agreed to extend the deadlines for expert reports by forty-five (45) days as follows:

1. Deadline for Plaintiff to identify expert witnesses on a witness list:  December 12, 2022;

2. Deadline for Plaintiff's Expert Report(s) pursuant to Fed. R. Civ. P. 26(a)(2)(B) or Disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C) by Plaintiff's Experts: January 29, 2023;

3. Deadline for Defendants' Expert Report(s) pursuant to Fed. R. Civ. P. 26(a)(2)(B) or Disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C) by Defendants' Experts: March 17, 2023;

4. Rebuttal Reports are due: April 14, 2023.

**IT IS SO STIPULATED.**

| | |
|---|---|
| /s/ *Linda M. Watson* | /s/ H. William Burdett Jr. |
| Reginald Turner (P40543) | H. William Burdett Jr. (P63185) |
| Linda M. Watson (P45320) | Samuel J. Logterman |
| Magy Shenouda (P85576) | Winthrop & Weinstine, P.A. |
| Clark Hill PLC | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | 19 Clifford Street |

| | |
|---|---|
| 151 S Old. Woodward Ave., Suite 200<br>Birmingham, MI 48009<br>248.988.5881<br>lwatson@clarkhill.com<br>mshenouda@clarkhill.com | Detroit, MI 48226<br>(313) 318-9203<br>bburdett@winthrop.com<br>slogterman@winthrop.com |

IT IS SO ORDERED.

| | |
|---|---|
| Date: November 8, 2022 | s/Shalina D. Kumar<br>Shalina D. Kumar<br>United States District Judge |