UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Van Dyke Horn, LLC,
A Michigan Limited Liability Company,

       Plaintiff,                     Case No. 22-cv-11141-SDK-KGA

v.                                      Hon. Shalina D. Kumar

PETER VAN DYKE, an individual,
MICHAEL SHERMAN, an individual,
JAMIE KAYE WALTERS, an individual,
And VVK PR & CREATIVE, a Michigan
limited liability company, jointly and severally,

       Defendants.
_____/

## **STIPULATED ORDER OF DISMISSAL**

      This matter having come before the Court on the below stipulation of the Parties, through counsel; The Parties having reached a settlement agreement (the "Agreement") that includes the entry of this Order for Dismissal; The Court being otherwise duly advised in the premises:

      IT IS ORDERED that all claims filed by Plaintiff in this lawsuit are dismissed with prejudice, and without any additional fees or costs awarded to either Party.

      This Court shall maintain jurisdiction over this matter only with regard to the enforcement of the Agreement. All other matters before the Court in this Action have been fully and finally resolved.

K8245\433579\269617200.v1

SO ORDERED.

Date: January 2, 2023                s/Shalina D. Kumar
                                     Hon. Shalina D. Kumar
                                     United States District Judge


SO STIPULATED:

| | |
|---|---|
| */s/ H. William Burdett, Jr.* | */s/ Linda M. Watson* |
| H. William Burdett, Jr. (P63185) | Linda M. Watson (P45320) |
| Winthrop & Weinstine, P.A. | Clark Hill PLC |
| 19 Clifford Street | 151 S. Old Woodward, Suite 200 |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 318-9203 | (248) 988-8551 |
| bburdett@winthrop.com | lwatson@clarkhill.com |
| *Attorney for Defendants* | *Attorney for Plaintiff* |

K8245\433579\269617200.v1